**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO MARTINEZ ZEPEDA,<br><br>        Plaintiff,<br><br>   v.<br><br>SELECT PORTFOLIO<br>SERVICES, INC., et al.<br><br>        Defendants. | Case No. EDCV 14-02255-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 2, 2015

                                      VIRGINIA A. PHILLIPS
                                  United States District Judge